IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:10-CV-189-D

| | | |
|---|---|---|
| LOIS HARDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CITY OF VANCEBORO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On July 2, 2012, Craven County Deputy J.D. Seals moved to dismiss Lois Hardy's complaint as to him [D.E. 39]. On August 8, 2012, Hardy responded that she did not object to dismissing Seals as a defendant [D.E. 41]. Accordingly, Seals's motion to dismiss [D.E. 39] is GRANTED, and Seals is DISMISSED as a defendant.

SO ORDERED. This 11 day of September 2012.

JAMES C. DEVER III
Chief United States District Judge